UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE

| | |
|---|---|
| IN RE<br><br>BETH C. CUBIT FKA BETH C SIPLER<br>ETHAN J. VIGNEAULT CUBIT<br><br>   Debtor(s) | Chapter 13<br>Case NO. 24-13338-DER |
| FIRST HOME MORTGAGE CORPORATION<br>6211 Greenleigh Avenue<br>Suite 300<br>Baltimore, MD 21220<br><br>   Movant<br>v.<br><br>Beth C. Cubit fka Beth C Sipler<br>12102 Overlook Drive<br>Greensboro, MD 21639<br><br>and<br><br>Ethan J. Vigneault Cubit<br>12102 Overlook Drive<br>Greensboro, MD 21639<br><br>   Respondent(s) | Motion No. |

## **WITHDRAWAL OF  Post Petition Fee Notice**

   Dear Clerk:

Please withdraw the Movant's Post Petition Fee Notice filed July 19, 2024.

 /s/ Mark D. Meyer
Mark D. Meyer, Esq. # 15070
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

Mark D. Meyer
MD BAR 15070
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600
Bethesda, MD 20814
301-907-8000
File Number:
24-002710-MD-B-6

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Withdrawal of Post Petition Fee Notice will be served electronically by the Court's CM/ECF system on the following:

Brian A. Tucci, Trustee

Eric Steiner, Esquire

I hereby further certify that on the 23rd day of July, 2024, a copy of the foregoing Withdrawal of Post Petition Fee Notice was also mailed first class mail, postage prepaid to:

Beth C. Cubit fka Beth C Sipler
12102 Overlook Drive
Greensboro, MD 21639

Ethan J. Vigneault Cubit
12102 Overlook Drive
Greensboro, MD 21639

                                                     /s/ Mark D. Meyer
                                                     Mark D. Meyer, Esq.